**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

---

> The parties' joint request at ECF No. 20 is **GRANTED**. All deadlines are **STAYED** up to and including **November 15, 2024**. On or before **November 15, 2024**, the parties shall file either (i) a joint letter concerning the status of their settlement efforts or (ii) a stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41.
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO ORDERED.   October 2, 2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

October 1, 2024

<u>**VIA ECF**</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Toro v. Brooklyn Bedding, LLC*, Case No. 1:24-cv-02254-JHR

Dear Judge Cave:

We represent Defendant Brooklyn Bedding, LLC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from October 1, 2024 to November 15, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms